B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Authentic Mexican, Inc.**  
                      Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| August Foods, Inc.<br>444 Acorn Lane<br>Downingtown, PA 19335 | August Foods, Inc.<br>444 Acorn Lane<br>Downingtown, PA 19335 | Litigation | Disputed | 42,751.70 |
| Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | Disputed | 18,961.88 |
| Donato Marangi, Inc.<br>PO Box 495<br>Valley Cottage, NY 10989 | Donato Marangi, Inc.<br>PO Box 495<br>Valley Cottage, NY 10989 | | Disputed | 9,790.00 |
| Eastern Bag & Paper Co.<br>200 Research Drive<br>Milford, CT 06460 | Eastern Bag & Paper Co.<br>200 Research Drive<br>Milford, CT 06460 | | Disputed | 24,158.07 |
| F.J. Della Fera Agency<br>208 First Avenue<br>Newark, NJ 07107 | F.J. Della Fera Agency<br>208 First Avenue<br>Newark, NJ 07107 | | Disputed | 14,239.74 |
| Forest Hills Produce<br>1336 84th St.<br>Brooklyn, NY 11228 | Forest Hills Produce<br>1336 84th St.<br>Brooklyn, NY 11228 | | Disputed | 22,919.46 |
| Gartner & Bloom, PC<br>801 Second Avenue<br>15th Floor<br>New York, NY 10017 | Gartner & Bloom, PC<br>801 Second Avenue<br>15th Floor<br>New York, NY 10017 | Attorneys | Disputed | 16,864.32 |
| Imperial Bag & Paper Co., Inc.<br>59 Hook Road<br>Bayonne, NJ 07002 | Imperial Bag & Paper Co., Inc.<br>59 Hook Road<br>Bayonne, NJ 07002 | | Disputed | 45,999.28 |
| M & S Fine Foods Impromptu Gourmet<br>PO Box 8011<br>Charlottesville, VA 22903 | M & S Fine Foods Impromptu Gourmet<br>PO Box 8011<br>Charlottesville, VA 22903 | | Disputed | 15,046.17 |
| Mennella's Poultry Co, Inc.<br>100 George St.<br>Paterson, NJ 07503 | Mennella's Poultry Co, Inc.<br>100 George St.<br>Paterson, NJ 07503 | | Disputed | 34,741.00 |
| Metropolitan Foods, Inc.<br>d/b/a Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ 07014 | Metropolitan Foods, Inc.<br>d/b/a Driscoll Foods<br>174 Delawanna Avenue<br>Clifton, NJ 07014 | Litigation | Disputed | 537,038.06 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Authentic Mexican, Inc.**          Case No. _____

         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Michigan Turkey Producers, LLC<br>Slot #303145<br>PO Box 66973<br>Chicago, IL 60666-0973 | Michigan Turkey Producers, LLC<br>Slot #303145<br>PO Box 66973<br>Chicago, IL 60666-0973 | | Disputed | 28,580.68 |
| President Container Inc.<br>PO Box 387<br>Wood Ridge, NJ 07075-0387 | President Container Inc.<br>PO Box 387<br>Wood Ridge, NJ 07075-0387 | | Disputed | 11,292.35 |
| SUGA Development LLC<br>706 Executive Blvd<br>Valley Cottage, NY 10989 | SUGA Development LLC<br>706 Executive Blvd<br>Valley Cottage, NY 10989 | | Disputed | 197,878.21 |
| Sysco Food Services<br>20 Theodore Conrad Drive<br>Jersey City, NJ 07303 | Sysco Food Services<br>20 Theodore Conrad Drive<br>Jersey City, NJ 07303 | | Disputed | 13,922.79 |
| Travelers<br>CL Remittance Ctr<br>Hartford, CT 06183-1008 | Travelers<br>CL Remittance Ctr<br>Hartford, CT 06183-1008 | | Disputed | 9,538.00 |
| Utica National Insurance<br>Billing Dept.<br>PO Box 6532<br>Utica, NY 13504-6532 | Utica National Insurance<br>Billing Dept.<br>PO Box 6532<br>Utica, NY 13504-6532 | | Disputed | 30,097.00 |
| VersaCold<br>PO Box 2991<br>Carol Stream, IL 60132-2991 | VersaCold<br>PO Box 2991<br>Carol Stream, IL 60132-2991 | | Disputed | 9,646.00 |
| Vision Creative Group, Inc.<br>240 Cedar Knolls Rd., Ste. 104<br>Cedar Knolls, NJ 07927 | Vision Creative Group, Inc.<br>240 Cedar Knolls Rd., Ste. 104<br>Cedar Knolls, NJ 07927 | | Disputed | 22,644.25 |
| Xpedex<br>PO Box 644520<br>Pittsburgh, PA 15264-4520 | Xpedex<br>PO Box 644520<br>Pittsburgh, PA 15264-4520 | | Disputed | 10,476.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 26, 2010**      Signature **/s/ Frank Casciari**
                                                          **Frank Casciari**
                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.